ANTHONY T. CASE, ESQ.
Nevada Bar No. 6589
KATHRYN HOLBERT, ESQ.
Nevada Bar No. 10084
**FARMER CASE & FEDOR**
1100 East Bridger Avenue
Las Vegas, NV 89101
Telephone: (702) 579-3900
Facsimile: (702) 739-3001
tcase@farmercase.com
kholbert@farmercase.com
Attorneys for Defendant
BANKERS LIFE AND CAUSALTY CO.,

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JEWELL L. WILLIAMS, | Case No.: 2:14-cv-02182-JCM, NJK |
| Plaintiff, | |
| vs. | Eighth District Court, Clark County, State of Nevada |
| BANKERS LIFE AND CASUALTY CO., DOES I through X and ROE CORPORATIONS I through X, inclusive, | Case No.: A-14-709797-C, Dept. No.: XXII |
| Defendants. | **STIPULATION REGARDING DISMISSAL and ORDER OF DISMISSAL** |

## STIPULATION REGARDING DISMISSAL and PROPOSED ORDER OF DISMISSAL

Plaintiff and Defendant, each by and through their respective counsel of record, hereby stipulate and agree and follows:

WHEREAS, the Parties have reached a resolution regarding this matter;

WHEREAS, the Parties have each performed in accordance with the terms of the resolution;

WHEREAS, the Parties have agreed to dismiss this matter, with prejudice;

WHEREAS, the Parties have each agreed to pay their own costs and fees incurred in this matter;

///

1  WHEREAS, the undersigned each represent that they have express authority on behalf
2  of their respective clients to enter into this stipulation.
3  DATED this ____ day of April, 2015.                    DATED this 17th day of April, 2015.

LAW OFFICE OF JULIE A. MERSCH                FARMER CASE & FEDOR

By: /s/ Julie D. Mersch                                            By: /s/ Kat Holbert
Julie A. Mersch, Esq.                                               Kathryn Holbert, Esq.
Nevada Bar No. 4695                                               Nevada Bar No. 10084
701 S. 7th Street                                                        1100 E. Bridger Avenue
Las Vegas, Nevada 89101                                          Las Vegas, NV 89101
Attorney for Plaintiff                                                 Attorneys for Defendant

## ORDER

Based upon and pursuant to the above and foregoing Stipulation, it is hereby ORDERED that the above referenced matter is hereby dismissed, with prejudice, each party to bear their own attorneys fees and costs.

///
DATED: April 20, 2015                          /s/ James C. Mahan
                                                             US DISTRICT COURT JUDGE
                                                             Case No.: 2:14-cv-02182-JCM, NJK

Submitted by:

/s/ Kat Holbert
KATHRYN HOLBERT, ESQ.
Nevada Bar No. 10084
**FARMER CASE & FEDOR**
1100 East Bridger Avenue
Las Vegas, NV 89101
Telephone: (702) 579-3900
Facsimile: (702) 739-3001
kholbert@farmercase.com
Attorneys for Defendant